**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

v. Case No. 8:21-cr-311-TPB-AAS

PAUL ADAM WEXLER,

Defendant.
_____________________________________/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the report and recommendation of Amanda A. Sansone, United States Magistrate Judge, entered on September 16, 2026. (Doc. 406). Judge Sansone recommends that the United States' motions for final order of garnishment (Docs. 391; 392, 393) be granted. Defendant objected to the report and recommendation. (Doc. 407). The Government filed a response to the objection. (Doc. 408).

Under the Federal Magistrates Act, Congress vests Article III judges with the power to "designate a magistrate judge to hear and determine any pretrial matter pending before the court," subject to various exceptions. 28 U.S.C. § 636(b)(1)(A). The Act further vests magistrate judges with authority to submit proposed findings of fact and recommendations for disposition by an Article III judge. 28 U.S.C. § 636(b)(1)(B). After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate

judge's report and recommendation. 28 U.S.C. § 636(b)(1); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982).

After careful consideration of the record, the Court adopts the report and recommendation in its entirety. Judge Sansone's findings and conclusions are factually and legally sound. The objections do not provide any legitimate basis to overrule the magistrate judge's report and recommendation.

Accordingly, it is

**ORDERED**, **ADJUDGED**, and **DECREED**:

(1) The report and recommendation (Doc. 406) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

(2) The United States' motions for final order of garnishment (Docs. 391; 392, 393) are granted, as follows:

a. Garnishee Raymond James is directed to either (1) liquidate Defendant Wexler's nonexempt interest in the accounts ending in U580 and H446, withhold and pay the appropriate taxes, and send the remaining balance via check to the Clerk of Court per the instructions in paragraph (d) below; or (2) take such actions as are necessary and within its authority to effectuate transfer of the funds to the Clerk of Court. Upon payment of the proceeds of Defendant Wexler's nonexempt interest in his Raymond James accounts ending in U580

and H446, the writ of garnishment directed to Raymond James shall terminate pursuant to 28 U.S.C. § 3205(c)(10).

b. Garnishee Lincoln National Life Insurance Company is directed to either (1) liquidate Defendant Wexler's nonexempt interest in his Lincoln Level Advantage Non-Qualified Annuity, withhold and pay the appropriate taxes, and send the remaining balance via check to the Clerk of Court per the instructions in paragraph (d) below; or (2) take such actions as are necessary and within its authority to effectuate transfer of the funds to the Clerk of Court. Upon payment of the proceeds of Defendant Wexler's nonexempt interest in his Lincoln Level Advantage Non-Qualified Annuity, the writ of garnishment directed to Lincoln National Life Insurance Company shall terminate pursuant to 28 U.S.C. § 3205(c)(10).

c. Garnishee Allianz Life Insurance Company is directed to either (1) liquidate Defendant Wexler's nonexempt interest in his Allianz Index Advantage account, withhold and pay the appropriate taxes, and send the remaining balance via check to the Clerk of Court per the instructions in paragraph (d) below; or (2) take such actions as are necessary and within its authority to effectuate transfer of the funds to the Clerk of Court. Upon payment of the proceeds of Defendant Wexler's nonexempt interest in his Allianz Index Advantage account,

the writ of garnishment directed to Allianz Life Insurance Company shall terminate pursuant to 28 U.S.C. § 3205(c)(10).

d. The checks must be made payable to "Clerk, United States District Court," reference "Paul Adam Wexler, Case No. 8:21-cr-311-TPB-AAS," and be mailed to:

Clerk, United States District Court
ATTN: DCU
401 West Central Boulevard, Suite 1200
Orlando, Florida 32801

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 20th day of October, 2026.

TOM BARBER
UNITED STATES DISTRICT JUDGE